**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Scott Lindberg v. Scott Callahan

Appellate case number:    01-19-00559-CV

Trial court case number:  19-DCV-262220

Trial court:                      458th District Court of Fort Bend County

On November 21, 2019, this Court issued an order directing the trial court to review documents in the unsealed clerk's record to determine if any of these documents should be sealed under Rule 76a. The Court extended the time for the trial court to conduct this review until January 3, 2020. On January 15, appellant filed a motion to reinstate the appeal on the active docket because the trial court has not filed a supplemental clerk's record containing its ruling, as this Court requested.

On January 22, 2020, appellee responded to appellant's motion, and asked that this Court direct the trial court to comply with this Court's prior order.

Because the trial court has heard the parties' arguments concerning sealing of additional documents, as this Court requested in its prior order, the Court extends the deadline for the trial court to file a supplemental clerk's record containing its order **until February 25, 2020**. Appellant's motion to reinstate the appeal and set briefing deadline is at this time **denied**.

It is so ORDERED.

Judge's signature: ____/s/ Richard Hightower_____
                          ☑ Acting individually     ☐ Acting for the Court

Date:    January 30, 2020____